UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BART OBERLANDER,

    Plaintiff,

  v.

SHANGHAI OCEAN SHIPPING CO., LTD.,

    Defendant.

Case No. 14-cv-01734-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: ECF No. 15

    Plaintiff Bart Oberlander stated on the record on June 11, 2015, that the parties have settled this action, subject to approval of the settlement by the United States Department of Labor in the companion compensation case, and funding of the settlement. See ECF No. 15. Accordingly, all deadlines and hearings in this case are vacated. By September 9, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also hereby sets a case management conference on September 23, 2015, at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    IT IS SO ORDERED.

Dated: June 16, 2015

    _____
    JON S. TIGAR
    United States District Judge